```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NAMEL NORRIS,                                               :
                                                            :
                              Plaintiff,                    :
                                                            :         21-CV-8539 (VSB)
                  -against-                                 :
                                                            :              ORDER
501 HUDSON PIZZA CORP., et al.,                             :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on October 17, 2021, (Doc. 1), and filed affidavits of service on December 18, 2021. (Docs. 7–8.) The deadline for Defendants to respond to Plaintiff's complaint was November 26, 2021. To date, Defendants have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 15, 2025. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    April 1, 2025
              New York, New York

                                                                                 _____
                                                                        VERNON S. BRODERICK
                                                                        United States District Judge