UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
NAMEL NORRIS, :
:
Plaintiff, :
: 21-CV-8539 (VSB)
-against- :
: **ORDER**
501 HUDSON PIZZA CORP., *et al.*, :
:
Defendants. :
:
------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on October 17, 2021, (Doc. 1), and filed affidavits of service on December 18, 2021. (Docs. 7–8.) The deadline for Defendants to respond to Plaintiff's complaint was November 26, 2021. On April 1, 2025, I ordered Plaintiff to seek default judgment by April 15, 2025 if he intends to do so, and that failure to do so will result in dismissal of this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). (Doc. 9.) On April 16, 2025, I granted Plaintiff's letter motion seeking an extension of time to seek default until June 2, 2025. (Doc. 13.) To date, Defendants have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, it is hereby:

      ORDERED that Plaintiff shall follow the default judgment procedures outlined in Attachment A of my Individual Rules and Practices in Civil Cases and submit the required filings by August 18, 2025. If Plaintiff fails to do so or otherwise fails to demonstrate an intent to prosecute this action, I will dismiss the case under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    August 4, 2025
           New York, New York

                                                                                                                   _____
                                                                                                   VERNON S. BRODERICK
                                                                                                   United States District Judge